UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: BRADLEY M. DUHON  CASE NO. 15-50093
MAXINE TRAHAN DUHON  CHAPTER 13

**OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN**

NOW INTO COURT, through undersigned counsel, comes KONDAUR CAPITAL CORPORATION ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a second mortgage affecting certain property located in Abbeville, Louisiana. The note and mortgage is payable in monthly installments, and the property affected by the mortgage is the home of Debtor. The note will mature on October 5, 2019.

2.

At the time of filing this case on January 28, 2015, Debtor owed Creditor a secured claim in the amount of $66,201.53, itemized as follows:

| | |
|---|---|
| Principal Balance | $32,671.80 |
| Interest | $21,976.06 |
| Deferred Interest | $8,584.69 |
| Foreclosure Fees and Costs | $2,543.89 |
| Property Inspection fees | $337.50 |
| BPO/Appraisal fees | $87.59 |
| Total Debt | $66,201.53 |

3.

The amended plan of the Debtor proposes to pay Creditor an amount equal to the alleged value of the property of $40,000.00 at 13.50%. The value of the subject property, per the attached Broker Price Opinion dated June 5, 2015 is $45,000.00. Creditor should be paid the value of the property according to the BPO pursuant 11 U.S.C. § 1322(c)(2).

4.

Additionally, Debtor seeks to cancel the mortgage in favor of Creditor by submitting an ex parte order at the completion of the plan. Creditor does not necessarily object to the cancellation of the mortgage at the conclusion of the plan. However, Creditor avers that any cancellation of a mortgage on principal residence should not be allowed on an ex parte basis. Rather, a motion to cancel with notice of a hearing should be filed. Creditor's mortgage is recorded under instrument 9910949 in the records of Vermillion Parish.

5.

Creditor asserts that the plan should be amended to reflect that, in the event Creditor advances funds to pay for forced place insurance and/or taxes on behalf of the debtor, then Creditor will be reimbursed.

6.

Creditor prays that Debtor pays reasonable attorney's fees incurred in connection with filing this proceeding.

7.

For the foregoing reason, Creditor objects to the confirmation of the amended plan proposed by the Debtor.

WHEREFORE, CREDITOR PRAYS that confirmation of the Amended Chapter 13 plan proposed by the Debtor herein be denied by the Court.

DEAN MORRIS, L.L.P.
1820 Avenue of America
P. O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: BRADLEY M. DUHON           CASE NO. 15-50093
       MAXINE TRAHAN DUHON      CHAPTER 13

## CERTIFICATE OF SERVICE

I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Objection to Confirmation of the Amended Chapter 13 Plan filed by KONDAUR CAPITAL CORPORATION, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Bradley M. Duhon<br>Maxine Trahan Duhon<br>POB 1611<br>Abbeville, LA 70511 | Keith A. Rodriguez<br>Trustee<br>P.O. Box 3445<br>Lafayette, LA 70502-3445 |
| William C. Vidrine<br>711 West Pinhook Road<br>Lafayette, LA 70503 | Office of the U.S. Trustee<br>300 Fannin Street<br>Suite 3196<br>Shreveport, LA 71101 |

by mailing this notice and a copy of the Objection to Confirmation of Amended Chapter 13 Plan filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 5th day of August, 2015.

                         DEAN MORRIS, L.L.P.
                         1820 Avenue of America
                         P. O. Box 15270
                         Monroe, LA 71207-5270
                         (318) 388-1440

                         /S/ Jason R. Smith
                         ATTORNEY FOR CREDITOR