

| | |
|---|---|
| *Please Note*: This report was completed with the following assumptions: Market Approach: **Fair Market Price**, Marketing Time: **Typical**. Important additional information relating to this report, including use and restrictions, is contained in an attached addendum which is an integral part of this report. | |

| | | | | | |
|---|---|---|---|---|---|
| **Address:** | 1709 CHEROKEE ABBEVILLE LA 70510 | | | | |
| **Borrower Name:** | Bradley Duhon | | **Complete Date:** 6/05/2015 | **Delivery Date:** | 6/05/2015 |
| **Loan Number:** | ▬▬▬ | **APN:** *unknown* | **Property ID:** 19923006 | **Order ID:** | 4768891 |
| **Order Tracking ID:** ▬▬▬ | | **Tracking ID 1:** ▬▬▬ | **Tracking ID 2:** Ordered by Kondaur Capital Corp. | **Tracking ID 3:** n/a | |
| **Completed by:** Katina Richard, RIVERSTONE REALTY LLC  1103 olivier guidry rd  Arnaudville, LA 70512 | | | **Phone:** 337−247−8214 | **Fax:** 337−754−8212 | |
| **Years Of Experience:** 12 | | | **Email:** katinarichard9@aol.com | | |

| I. Subject Listing | | | |
|---|---|---|---|
| **Property Type:** | SF Detached | **Firm Name:** | |
| **Occupancy:** | Owner | **Firm Phone:** | |
| **Current Listing Status:** | Subject is not currently listed. | **HOA Fees:** | |

| II. Repair Estimates | | | |
|---|---|---|---|
| **Interior** | | **Exterior** | |
| Paint | $0 | Paint | $0 |
| Structural | $0 | Structural | $0 |
| Appliance | $0 | Landscaping | $0 |
| Utilities | $0 | Roof | $0 |
| Floor | $0 | Windows | $0 |
| Other | $0 | Other | $0 |
| Cleaning/Trash Removal | $0 | | |
| Repair Total: | | | |
| Recommend Repairs? | No | | |

| III. Property Condition | |
|---|---|
| **Property Condition:** | Good |
| **Property Condition As Compared to Neighborhood:** | Average |
| **Are there any items that require immediate attention/action?** | No |
| **Title/Legal Issues?** | No |
| **Do any environmental issues affect the marketability of the property?** | No |
| **If yes to any of the above, please explain?** | This is a nice green colored home and it appears to be well kept up. |

| IV. Neighborhood | | | |
|---|---|---|---|
| Market Direction: | Stable | Predominant Occupancy: | Owner |
| Marketing Time: | 90 days | Vacancy Rate: | 0−5% |
| Active Listings: | 6 | Price Range of Active Listings: | Low: $30,000 High: $90,000 |
| Supply: | In Balance | Location Type: | Rural |
| Current Supply Comment: | The current supply of listings is 6 within a 6.00 mile radius. | | |
| Current Demand Comment: | The typical days of listing exposure in the market before homes sell in this area is 90 days. | | |
| Neighborhood Comments: | Nice area near the town of Abbeville in a busy area near Wal Mart. | | |

| V. Marketing Strategy | | | |
|---|---|---|---|
| **Probable Sales Price** | **90−Day Marketing Time** | **120−Day Marketing Time** | **180−Day Marketing Time** |
| "As−Is" List Price: | $45,000 | $45,000 | $44,000 |
| "As−Is" Price: | $45,000 | $45,000 | $44,000 |
| "Repaired" List Price: | $45,000 | $45,000 | $44,000 |
| "Repaired" Price: | $45,000 | $45,000 | $44,000 |
| List property as: | AS−IS | Anticipated Seller−Paid Financing Costs: | $ 0 |
| Est. Monthly Rental: | $ 400 | | |
| Price Comments: | compared to similar homes in this area. | | |
| Additional Comments: | | | |

© 2015 ClearCapital.com Inc.

## VI. Competitive Listings

| Item | Subject | Listing #1 | | Listing #2 | | Listing #3 | |
|---|---|---|---|---|---|---|---|
| **Address** | **1709 CHEROKEE** | 1402 maude | | 402 n mayers | | 504 maude | |
| **City, State** | **ABBEVILLE, LA** | ABBEVILLE,LA | | ABBEVILLE,LA | | ABBEVILLE,LA | |
| **Zip Code** | **70510** | 70510 | | 70510 | | 70510 | |
| **MLS #** | | L15260225 | | L15261500 | | L15260633 | |
| **Proximity to Subject** | | 0.67 | | 0.10 | | 0.94 | |
| **Current List Price** | | $48,000 | | $40,000 | | $59,750 | |
| **Current List Date** | | 01/31/2015 | | 03/17/2015 | | 02/13/2015 | |
| **Sales Type** | | Fair Market | | Fair Market | | Fair Market | |
| **Description** | Description | Description | ADJ** | Description | ADJ** | Description | ADJ** |
| **Above Grade Room Count Gross Living Area** | Total / Bdrm / Bath 9 / 3 / 2 Sq.Ft: 1400 | Total / Bdrm / Bath 9 / 3 / 2 Sq.Ft: 1337 | | Total / Bdrm / Bath 7 / 2 / 2 Sq.Ft: 888 | | Total / Bdrm / Bath 6 / 2 / 1 Sq.Ft: 1056 | |
| **Basement:** | None | None | | None | | None | |
| **Construction:** | Wood Siding | Siding (Alum/Vinyl) | | Siding (Alum/Vinyl) | | Wood Siding | |
| **Site/Lot Size** | 0.32 Ac. | 0.33 Ac. | E | 0.23 Ac. | E | 0.40 Ac. | E |
| **Property Type** | SF Detached | SF Detached | | SF Detached | | SF Detached | |
| **Style** | Cottage | Cottage | E | Cottage | E | Cottage | E |
| **Age (yrs. since built)** | 35 | 34 | E | 43 | E | 46 | E |
| **Overall Condition** | Good | Good | E | Good | E | Good | E |
| **Garage/Carport** | 1 Detached | 1 Detached | E | 1 Attached | E | 1 Attached | E |
| **Porch, Patio Deck, Pool, Fence** | | none | E | none | E | none | E |
| **Total Adjustments** | | $0 | E | $1,000 | I | $2,000 | I |
| **Adjusted Price** | | $+48,000 | | $+41,000 | | $+61,750 | |

*Listing # 1 is the most comparable listing to the subject.

**Comments**: 1) most comparable in age and square footage. 2) adjustment for bedrooms. 3) adjustment for bedrooms and bathroom.

**Price Adjustments (Use the following codes for the adjustments: S=Superior E=Equal I=Inferior U=Unknown)

| VII. Closed Sales | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item | Subject | Sold #1 | | Sold #2 | | Sold #3 | |
| Address | **1709 CHEROKEE** | 709 n hebert | | 1725 michael | | 704 hawthorne | |
| City, State | **ABBEVILLE, LA** | KAPLAN,LA | | ABBEVILLE,LA | | ABBEVILLE,LA | |
| Zip Code | **70510** | 70548 | | 70510 | | 70510 | |
| MLS # | | L15262203 | | L14257925 | | L14258688 | |
| Proximity to Subject | | 10.29 | | 0.67 | | 0.70 | |
| Original List Price | | $35,000 | | $57,000 | | $49,900 | |
| List Price When Sold | | $35,000 | | $57,000 | | $49,900 | |
| Sales Price | | $35,000 | | $45,000 | | $40,000 | |
| Sales Date | | 04/10/2015 | | 02/24/2015 | | 12/18/2014 | |
| Days on Market | | 1 | | 101 | | 17 | |
| Sales Type | | Fair Market | | Fair Market | | Fair Market | |
| Description | Description | Description | ADJ** | Description | ADJ** | Description | ADJ** |
| Above Grade Room Count Gross Living Area | Total / Bdrm / Bath 9 / 3 / 2 Sq.Ft: 1400 | Total / Bdrm / Bath 6 / 2 / 1 Sq.Ft: 1000 | | Total / Bdrm / Bath 9 / 3 / 2 Sq.Ft: 1398 | | Total / Bdrm / Bath 9 / 3 / 2 Sq.Ft: 1340 | |
| Sales/Finan Concess. | | $0 | E | $0 | E | $0 | E |
| Basement: | None | None | | None | | None | |
| Construction: | Wood Siding | Wood Siding | | Wood Siding | | Wood Siding | |
| Site/Lot Size | 0.32 Ac. | 0.34 Ac. | E | 0.40 Ac. | E | 0.34 Ac. | E |
| Property Type | SF Detached | SF Detached | | SF Detached | | SF Detached | |
| Style | Cottage | Cottage | E | Cottage | E | Cottage | E |
| Age (yrs. since built) | 35 | 34 | E | 43 | E | 33 | E |
| Overall Condition | Good | Good | E | Good | E | Good | E |
| Garage/Carport | 1 Detached | 1 Detached | E | 1 Detached | E | 1 Detached | E |
| Porch, Patio Deck, Pool, Fence | | none | E | none | E | none | E |
| Total Adjustments | | $2,000 | I | $0 | E | $0 | E |
| Adjusted Price | | $+37,000 | | $+45,000 | | $+40,000 | |
| *Sold # 2 is the most comparable sale to the subject. | | | | | | | |
| Comments: | 1) comparable in age. 2)most comparable in age and square footage. 3)very comparable in age and square footage and location. | | | | | | |
| **Price Adjustments (Use the following codes for the adjustments: S=Superior E=Equal I=Inferior U=Unknown) | | | | | | | |

| VIII. Additional Comments | | | |
|---|---|---|---|
| **Tracking Number 1:** | ▮▮▮▮ | **Project Code:** | |
| **Loan Number:** | ▮▮▮▮ | **SS Loan Number:** | Ordered by Kondaur Capital Corp. |
| **Property Address:** | 1709 CHEROKEE ABBEVILLE LA 70510 | | |
| **Condition Comments:** This is a nice green colored home and it appears to be well kept up. | | | |

© 2015 ClearCapital.com Inc.



'Subject: 1709 Cherokee' [View: Front]


'Subject: 1709 Cherokee' [View: Street]

© 2015 ClearCapital.com Inc.


'Subject: 1709 Cherokee' [View: Address Verification]


'Subject: 1709 Cherokee' [View: Street]

© 2015 ClearCapital.com Inc.


'Listing Comp 1: 1402 maude' [View: Front]


'Listing Comp 2: 402 n mayers' [View: Front]


'Listing Comp 3: 504 maude' [View: Front]


'Sold Comp 1: 709 n hebert' [View: Front]



'Sold Comp 2: 1725 michael' [View: Front]



'Sold Comp 3: 704 hawthorne' [View: Front]

© 2015 ClearCapital.com Inc.

# ClearMaps Addendum

**Subject Property: 1709 Cherokee St, Abbeville, LA 70510**



| Listing/Sale | | Address | Dist. to Subject | Mapping Accuracy |
|---|---|---|---|---|
| Subject | ★ | 1709 Cherokee St , Abbeville, LA 70510 | | Exact Street Address |
| Current Listing | 1 | 1402 maude, ABBEVILLE, LA 70510 | 0.67 Miles ¹ | Street Centerline Match |
| Current Listing | 2 | 402 n mayers, ABBEVILLE, LA 70510 | 0.10 Miles ¹ | Street Centerline Match |
| Current Listing | 3 | 504 maude, ABBEVILLE, LA 70510 | 0.94 Miles ¹ | Street Centerline Match |
| Recent Sale | 4 | 709 n hebert, KAPLAN, LA 70548 | 10.29 Miles ¹ | Street Centerline Match |
| Recent Sale | 5 | 1725 michael, ABBEVILLE, LA 70510 | 0.67 Miles ¹ | Street Centerline Match |
| Recent Sale | 6 | 704 hawthorne, ABBEVILLE, LA 70510 | 0.70 Miles ¹ | Street Centerline Match |

\* Comparables in *italics* are not included in the ClearMap due to distance and/or ability to be GeoCoded.
¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

| Addendum: Market Approach and Use Report |
|---|

The Market Approach of this report, as established by the customer, is (Fair Market Price) and the Marketing Time as specified by the customer is (Typical).

Fair Market Price: A price at which the property would sell in a typical marketing time for the area.

Distressed Price: A price at which the property would sell as an REO in an abbreviated marketing time as specified by the customer.

Marketing Time: The Marketing Time is the time for which the customer has specified they would expect the property to be sold.

- Typical
- 1 Day
- 15 Day
- 30 Day
- 60 Day
- 90 Day
- 120 Day
- 180 Day
- As stated in the form

Typical for Local Market: The estimated time required to adequately expose the subject property to the market resulting in a contract of sale.

Broker Name: Katina Richard
License No: BROK.0912122251−ACT
Company/Brokerage: RIVERSTONE REALTY LLC
Electronic Signature: /Katina Richard/
Date Signed: 06/05/2015

| Addendum: Disclaimer |
|---|

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose.

Unless otherwise specifically agreed to in writing:
The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.

© 2015 ClearCapital.com, Inc. 20150605.063250